IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN COLE MARTIN,<br><br>Defendant. | CR 20-17-BU-DLC<br><br>ORDER |

The United States has moved to revoke the Defendant's pretrial release. Based on the affidavit testimony of the U.S. Pretrial Services Officer given under penalty of perjury, the Court finds there is probable cause to believe the Defendant has violated conditions of supervision. Accordingly,

IT IS HEREBY ORDERED that an arrest warrant be issued.

DATED this 6th day of October, 2020.

Kathleen L. DeSoto
United States Magistrate Judge