# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 20-17-BU-DLC |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **DYLAN COLE MARTIN,** | |
| **Defendant.** | |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the defendant's change of plea hearing. For good cause shown,

IT IS ORDERED that counsel for the United States may appear by telephone at the change of plea hearing set for October 27, 2020. The United States shall make arrangements with the Clerk of Court's office.

DATED this 23rd day of October, 2020.

_Kathleen L. DeSoto_
Kathleen L. DeSoto,
United States Magistrate Judge

1